1004

[No. 66878-1-I.   Division One.   November 19, 2012.]

S.D. DEACON CORPORATION OF WASHINGTON, *Respondent*, v. GASTON BROTHERS EXCAVATING, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-07859-1, Suzanne M. Barnett, J., entered March 2, 2011. *Reversed* and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Schindler, J.

[No. 67378-5-I.   Division One.   November 19, 2012.]

*In the Matter of the Estate of* MILDRED FREY.

DEAN FREY, *Appellant*, v. LORNA FREY, *as Personal Representative*, *Respondent*.

Appeal from a judgment of the Superior Court for San Juan County, No. 07-4-05016-5, Donald E. Eaton, J., entered June 10, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer and Verellen, JJ.

[No. 67541-9-I.   Division One.   November 19, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. NORRIAN PHILLIP PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-08975-2, Gregory P. Canova, J., entered June 17, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Appelwick and Verellen, JJ.

[No. 67609-1-I.   Division One.   November 19, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON WALDON DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-03426-5, Sharon S. Armstrong, J., entered August 5, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Becker, J.